# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ABIGAIL MILLER

VERSUS

SHANNON HAYES (PATTERSON)
SHAWN HAYES

NO. 2023 CW 0141

**APRIL 24, 2023**

---

In Re: City of Baton Rouge/Parish of East Baton Rouge, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 715,925.

---

**BEFORE: WELCH, PENZATO, AND LANIER, JJ.**

    **WRIT GRANTED WITH ORDER.** After a *de novo* review, we find that plaintiff, Abigail Miller, individually and on behalf of her two minor children, Ryder Price and Adrian Miller, failed to state a cause of action against the City of Baton Rouge, Parish of East Baton Rouge (City Parish). The petition fails to contain factual allegations that the City Parish had a duty to plaintiff, custody or control over the alleged defective sewer, or that the City Parish knew or should have known about the alleged defective sewer system at plaintiff's property, and as such, Miller has failed to state a cause of action under La. Civ. Code art. 2315, La. Civ. Code art. 2317.1 and La. R.S. 9:2800. Accordingly, the December 5, 2022 judgment of the district court denying the peremptory exception of no cause of action filed by the City Parish is reversed, and the exception of no cause of action is sustained. However, this matter is remanded to the district court with instructions to allow plaintiff the opportunity to amend her petition to state a cause of action, if possible, within a delay deemed reasonable by the district court. La. Code Civ. P. art. 934.

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

*a.S.*

---
DEPUTY CLERK OF COURT
FOR THE COURT